# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

UNUM LIFE INSURANCE COMPANY
OF AMERICA,

    Plaintiff,

v.                                    CASE NO. 4:12cv62-RH/CAS

PAUL SISK,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 33. No objections have been filed. Upon consideration,

IT IS ORDERED:

    1.    The report and recommendation is ACCEPTED and adopted as the court's opinion.

    2.    The plaintiff's motion for summary judgment, ECF No. 21, is GRANTED.

3.     The clerk must enter a judgment stating, "It is ordered that the plaintiff Unum Life Insurance Company of America recover from the defendant Paul Sisk the amount of $47,974.11, with postjudgment interest as provided by law."

4.     Costs will be taxed by the clerk in the plaintiff's favor upon the filing of a timely bill of costs.

5.     The clerk must close the file.

SO ORDERED on January 16, 2013.

                                        s/Robert L. Hinkle
                                        United States District Judge